UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeffrey Desir

_____

(In the space above enter the full name(s) of the plaintiff(s).)

**10 CIV. 9296**

v.

Defendant No. 1 Linda Hoff Brooklyn Defender Attorney
Defendant No. 2 Sean Desena NYPD
Defendant No. 3 Acting Judge at Brooklyn Criminal Court who impose time serve on November 24, 2010 AP-1P
Defendant No. 4 Acting judge who granted warrant on November 22, 2010
Defendant No. 5 District Attorney who requested warrant to be issue (Charlse Haynes)
Defendant No. 6 NYC Doc - Captain of AMKC intake on October 28, 2010

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 19

Jury Trial: Yes ✓   No ___
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Jeffrey Desir
ID # 141-10-16594
Current Institution AMKC
Address 18-18 Hazen Street // 1601 Beverly Rd, Apt 16
Elmhurst N.Y. 11370 // Brooklyn NY 11226

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1   Name Linda Hott                    Shield # _____
Where Currently Employed Brooklyn Defenders Services
Address _____

Defendant No. 2   Name Sean Desna                   Shield # _____
Where Currently Employed NYPD
Address _____

Defendant No. 3   Name Acting Judge         AP-1    Shield # _____
Where Currently Employed Brooklyn Criminal Court
Address 120 Schemorhorn St   AP-1
Brooklyn NY. 11201

Defendant No. 4   Name Charise Haynes              Shield # _____
Where Currently Employed 350 Jay Street
Address Brooklyn NY 11201
District Attorney's office

Defendant No. 5   Name NYC DOC                     Shield # _____
Where Currently Employed ~~~~~~ ~~~ Dept. of Corr.
Address 60 Chambers Street
New York, NY 10007

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? This occur in Amkc & my other issues occur prior to incarceration

B. Where in the institution did the events giving rise to your claim(s) occur? Amkc intake & 1049 Schenectody Av Brooklyn NY

C. What date and approximate time did the events giving rise to your claim(s) occur? 7-28-10 December 6, 2010

2

**What happened to you?**

Facts: Tioga also Harested by officer Nesha Segn 111 which lead to my incarceration in total of 41 days due to his act 3 false alligations. Linda Hoff (Attorney) misrepresented me she was not representing me in my best interest made me take a plea that I didn't want to take. The Judge on November 24, 2010 for violating my due process rights by imposing time serve without me be present. AND The Judge also impose a warrent knowing I was in custody which cause me to be incarcerated on extra 7 days. NYC Doc fail to house me with in 24 hrs I was sleeping on bench 3 floors for three days which cause me more severe back pain.

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. back pains, distress flowing, pain suff. Etc

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
   Yes ___ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?
   Yes ___  No ✓  Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?
   Yes ___  No ___  Do Not Know ✓
   If YES, which claim(s)? _____

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?
   Yes ___  No ___  Do Not Know ✓
   If YES, which claim(s)? _____

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
   Yes ___  No ✓
   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
   Yes ___  No ✓

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? None

   1. Which claim(s) in this complaint did you grieve? _____

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

4

G.  If you did not file a grievance, did you inform any officials to your allegation(s)?
    Yes ____   No ✓

1.  If YES, whom did you inform and when did you inform them? _____

2.  If NO, why not? _because there was nobody to inform_

I.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**
State what you want the court to do for you. _I am seeking punitive damages of $150,000. In all respect to the courts to grant my request._

VI.  **Previous lawsuits:**

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
    Yes ____   No ✓

5

If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

> On other claims

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit: _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Signed this 30 day of December, 2010. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff: *[signature]*
Inmate Number: 141-10-16592
Mailing address: 1601 Beverly Rd Apt 16, Brooklyn NY, 11006

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 30 day of December, 2010 I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *[signature]*

rev. 09/04