ORIGINAL

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

JEFFREY DESIR,
Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

Sean Desna NYPD
"New York city police Department"

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-------------------------------------------------x

AMENDED COMPLAINT

JURY TRIAL DEMAND
YES ✓   NO ____

11-CV-368 (RRM)(LB)

I. Previous Lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: _____
_____

Defendants: _____
_____

RECEIVED
NOV - 9 2011
PRO SE OFFICE

2. Court (if federal court, name the district; if state court, name the county)
_____

3. Docket Number: _____

1

      4. Name of the Judge to whom case was assigned: _____

      5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

II.    Place of Present Confinement: _____

    A. Is there a prisoner grievance procedure in this institution?  Yes ( ) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes ( )  No ( )

    C. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not _____

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  Yes ( )  No ( )

    F. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

III. Parties:
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff   JEFFREY DESIR
      Address   160 Beverly Rd. Apt 16 Brooklyn NY 11226

   (In item B below, place the full name and address of each defendant)

   B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

   Defendant No. 1   Sean Desina

   Defendant No. 2

   Defendant No. 3

   Defendant No. 4

   Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.) Approx 4:30

On July 28, 2010 I was falsely arrested in front of 1049 Schenectady Av Brooklyn NY 11206 in which where I was residing at the time. For Burglary in the Second as my top charge & Unlicense driver MR. Desna "Defendant" claim to observe me & another uniname individual at 2133 East 14 St Brooklyn NY at approx 1:30pm in which was untrue. Defendant then testify at plaintiffs parole hearing basically admited that I was never at above location therefore its a fact that Defendant did so nd willing fabricated my arrest

IV. A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Mental distress flowing continuosly, sychological torture, Etc due to Defendants Malicias acts I've lost my Apartment & personal belongings which was very valuble to one, lack of rest, MR. Desna cause me to miss my first birthday & family thanksgivving which bothered me & stress so much thinking about it

4

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

I Respectfully request that the court ~~in~~ grant my request to award me $50,000

I declare under penalty of perjury that on __11-8-11__, I delivered this
(Date)
complaint to ~~prison authori~~ USDS to be mailed to the United States District Court for the Eastern District of New York.

Signed this __8__ day of __November__, 20__11__. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

_____
Name of Prison Facility

1601 Beverly Rd Apt 16
Brooklyn NY 11226
_____
Address

_____
Prisoner ID#

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Jeffrey Lesik,

                Plaintiff,

-against-

Sean Desir "NYPD"

                Defendant.
----------------------------------------X

Affirmation of Service

11 cv 368 (RRM)(LB)

I, Jeffrey Lesik, declare under penalty of perjury that I have served a copy of the attached Amended Complaint upon Kate Faye McMahon whose address is: 100 Church St New York NY 10007

Dated: 11-9-11
, New York

Signature

Address: 1601 Beverly Rd. 16
City, State, Zip Code: Brooklyn NY 11226