UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEFFREY DESIR,

        Plaintiff,

  - against -

SEAN DESENA,

        Defendant.
-------------------------------------------------------------X

**JUDGMENT**
11-CV-00368 (RRM)(LB)

A Memorandum and Order of the undersigned having been issued this day granting defendant's motion for summary judgment and ordering that all claims brought by plaintiff as against defendant be dismissed with prejudice, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       February 24, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge